PER CURIAM.
Affirmed. See Press v. Jordan, 670 So.2d 1016 (Fla. 3d DCA 1996); Jaar v. University of Miami, 474 So.2d 239 (Fla. 3d DCA 1985), rev. denied, 484 So.2d 10 (Fla.1986). See also Hurt v. Leatherby Ins. Co., 380 So.2d 432 (Fla.1980); Arnold v. First Savings & Trust Co., 104 Fla. 545, 141 So. 608 (1932); People’s Savings Bank & Trust Co. v. Landstreet, 80 Fla. 853, 87 So. 227 (1920); Atlanta & St. Andrews Bay Ry. v. Thomas, 60 Fla. 412, 53 So. 510 (1910); Acceleration Nat’l Serv. Corp. v. Brickell Fin. Servs. Motor Club, Inc., 541 So.2d 738 (Fla. 3d DCA 1989).